UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cr-00167-JMS-MJD ) |
| DEMONTEZ LENOIR, | ) -01 ) |
| Defendant. | ) |

## ORDER

Mr. Lenoir seeks a sentence reduction [48] under 18 USC 3582(c)(1)(A) citing his youth at the time of the offense, and the guidelines reductions for youthful offenders. To the extent Mr. Lenoir seeks a compassionate release due to his youthful status, his motion [48] is **DENIED** as it fails to state a basis for relief.

However, and as noted by the Government, [53 at fn.1], Mr. Lenoir may be entitled to a relief under 18 U.S.C. § 3582(c)(2) (Amendment 821, see U.S.S.G. § 1B1.10(d)). Accordingly, **the Clerk is DIRECTED** to forward an Amendment 821 Pro Se Form to Mr. Lenoir, who may seek relief under that statute by completing the form and filing it with the Court.

Date: 4/3/2025

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Jordan Oliver
DOJ-USAO
jordan.oliver@usdoj.gov

Demontez Lenoir
61165-509
Beckley-FCI
Beckley Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 350
Beaver, WV  25813